UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

José Luis Rivera Ortiz

VS.

Universidad del Sagrado
Corazón et al.

CIVIL NO. 98-2282 (JAF)

RECEIVED & FILED
99 SEP 27 PM 5:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 9/14/99   DOCKET:# 8   Title: Motion to Dismiss etc.

( ) Plffs        (✓) Defts
( ) Government   ( ) Other

## ORDER

This case is set for pretrial conference today. As of this date, plaintiff has failed to retain counsel or participate in the pretrial preparation of the case. See # 6 & 7. The present case is dismissed for failure to prosecute diligently. Fed R Civ P 41(b)

9/27/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(9)