ENTERED ON DOCKET
9/27/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
JOSE LUIS RIVERA ORTIZ,          *
                                 *
     Plaintiff,                  *    Civil No. 98-2282 (JAF)
                                 *
     v.                          *
                                 *
UNIVERSIDAD DEL SAGRADO CORAZON, *
et al.,                          *
                                 *
     Defendants.                 *
                                 *
---------------------------------*
```

RECEIVED & FILED
99 SEP 27 PM 5 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

On the basis of an Order subscribed by the court today, judgment is entered dismissing the present case with prejudice for failure to prosecute diligently. Fed. R. Civ. P. 41(b).

San Juan, Puerto Rico, this 27th day of September, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge